SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

GARY DOZIER,

        Plaintiff,

    -against-

GREENBURGH POLICE DEPT.

        Defendant.

--------------------------------------------------------X

**CIVIL JUDGMENT**

09 Civ. 3521 (LBS)

U.S. DISTRICT COURT FILED JUL 23 2009 S.D. OF N.Y.

    By order dated April 7, 2009, Plaintiff was directed to submit an amended complaint within sixty (60) days of the date of that order. As Plaintiff has failed to submit an amended complaint as specified by the Court's April 7, 2009 order within the time allowed, it is,

    ORDERED, ADJUDGED AND DECREED: That this action is dismissed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order or judgment would not be taken in good faith.

*[signature: Loretta A. Preska]*

LORETTA A. PRESKA
Chief Judge

Dated: JUL 23 2009
New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.